UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERGUEI KOVALENKO,<br><br>        Plaintiff,<br><br>   v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | Case No. 18-cv-05412-SK<br><br>**CONDITIONAL DISMISSAL**<br><br>Regarding Docket No. 29 |

The parties advise the Court that they have reached a tentative settlement of this case. (Dkt. 29.) Defendants expect to receive City department approval of the settlement within 90 days and subsequently anticipate making payment after Plaintiff signs a release and completes other paperwork. Therefore, **IT IS HEREBY ORDERED** that this cause of action is dismissed **without** prejudice; provided, however that if any party hereto shall certify to this Court, within 120 days, with proof of service thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial. If no certification is filed, after passage of 120 days, the dismissal shall be **with** prejudice.

    **IT IS SO ORDERED**.

Dated: June 19, 2019

_____
SALLIE KIM
United States Magistrate Judge